IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Uhlig LLC, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| John Adam Shirley, Amanda Dorsey, ) Jeremy Richardson, Nathan Holman, Jennifer Clark, Prism Solutions, LLC, ) Eventelope, LLC, Todd Baldree, L1 Holdings, Inc., L1 Technology, LLC, ) and L1 Land, LLC, ) | C.A. No. 6:08-1208-HFF |
| Defendants. ) | |

This matter is before the Court on motion of Todd Baldree, L1 Technology, LLC, L1 Holdings, Inc., L1 Land, LLC, and Level One, LLC, seeking an Order of Dismissal. It appearing to the satisfaction of the Court that this matter has been resolved as against them, now therefore

IT IS ORDERED, ADJUDGED AND DECREED that Todd Baldree, L1 Technology, LLC, L1 Holdings, Inc., L1 Land, LLC, and Level One, LLC, are hereby dismissed without prejudice. The Court will retain jurisdiction for purposes of enforcing the Consent Permanent Injunction filed by the Court on August 21, 2009, and related settlement agreement documents.

s/Henry F. Floyd
HONORABLE HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

October 1, 2009

Greenville, South Carolina

WE SO MOVE:


s/ Michael J. Giese
Michael J. Giese (#2094)
Peter A. Rutledge (#7185)
Smith Moore Leatherwood LLP
300 East McBee Avenue, Suite 500 (29601)
Post Office Box 87
Greenville, SC  29602
Telephone:  (864) 242-6440
Facsimile:  (864) 240-2475
mike.giese@smithmoorelaw.com
peter.rutledge@smithmoorelaw.com
Attorneys for Defendants Todd Baldree,
L1 Holdings, Inc., L1 Technology, LLC, and L1 Land, LLC



WE CONSENT:


s/ Frank H. Gibbes, III
Frank H. Gibbes, III (# 2084)
GIBBES BURTON, LLC
308 East Saint John Street
Spartanburg, SC 29302
Telephone: (864) 327-5000
Facsimile: (864) 327-5001

and

Juliet A. Cox
KUTAK ROCK LLP
1010 Grand, Suite 500
Kansas City, MO 64106
Telephone: (816) 502-4631
Facsimile: (816) 960-0041
Attorneys for Plaintiff

s/ Mark W. Bakker
Mark W. Bakker
Wyche Burgess Freeman & Parham, P.A.
44 East Camperdown Way
Post Office Box 728
Greenville, SC 29602

and

Peter C. Canfield
Dow Lohnes, PLLC
Six Concourse Parkway, Suite 1800
Atlanta, GA 30328
Attorneys for Intervener Cox CustomMedia, Inc.


s/ W. Francis Marion, Jr.
W. Francis Marion, Jr. (#1117)
Joshua L. Howard (#9196)
HAYNSWORTH SINKLER BOYD, PA
75 Beattie Place
Post Offce Box 2048
Greenville, SC 29602
Telephone: (864) 240-3200
Facsimile: (864) 240-3300
Attorneys for Defendant
John Adam Shirley and
Prism Content Solutions, LLC.